1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13CR2166-GPC |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) ) | |
| ELIZABETH MEDINA, | ) ) | |
| Defendant. | ) ) ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 19, 2015

Hon. Jill L. Burkhardt
United States Magistrate Judge